JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 23-6480-JFW(MAAx)**                    Date: June 7, 2024

Title:        Ricardo Brito -*v*- Stoneledge Furniture, LLC, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                        **None Present**
**Courtroom Deputy**                    **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                        None

**PROCEEDINGS (IN CHAMBERS):        ORDER OF DISMISSAL**

       In the Joint Status Report of Results of Settlement Conference filed on June 6, 2024, Docket No. 38, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before July 8, 2024.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until July 8, 2024.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

       IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_